IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAFAEL ESPINAL MIESES,

    Petitioner,

v.

DEPARTMENT OF HOMELAND
SECURITY,

    Respondent.

ORDER

Case No. 25-cv-118-wmc

    Petitioner Rafael Espinal Mieses seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than March 18, 2025. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately August 18, 2024 through the date of the petition, February 18, 2025.

ORDER

    IT IS ORDERED that:

    1.    Petitioner Rafael Espinal Mieses may have until March 18, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

      2.      If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before March 18, 2025, I will assume that petitioner wishes to withdraw this petition.

      Entered this 18th day of February, 2025.

           BY THE COURT:

           /s/
           ANDREW R. WISEMAN
           United States Magistrate Judge